Brown FRIZZELL, Appellant,

v.

STATE of Texas, Appellee.

No. 26812.

Court of Criminal Appeals of Texas.

March 3, 1954.

J. B. Sallas, Crockett, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge

The offense is carrying a pistol; the minimum fine of $100 having been assessed.

The record is in the same condition as that in Ellis v. State, Tex.Cr.App., 265 S.W.2d 113, this day decided, and the same question as to the overruling of appellant's motion for continuance is presented.

For the reasons stated in Ellis v. State, this judgment is affirmed.